■ JOYCE A. CARTER, Respondent, v MELVIN RICKER, Defendant. NATIONAL UNION FIRE INSURANCE COMPANY et al., Appellants. [648 NYS2d 408] —Order unanimously affirmed with costs (*see, Matter of Gregory v Aetna Ins. Co.*, 231 AD2d 906 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Notaro, J.—Approve Settlement.) Present—Green, J. P., Pine, Wesley, Callahan and Davis, JJ.